UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HAIRPIECES KOREA CO. LTD.,

        Plaintiff,

-against-                                                                  07 Civ. 9445 (LAK)

HAIRPIECES INCORPORATED,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This is an action for breach of contract. The complaint, however, inexplicably alleges that the Court has jurisdiction under the antitrust laws and the federal question statute. There is nothing in the complaint to support any such allegations.

        In ordinary circumstances, the Court would simply dismiss the complaint for lack of subject matter jurisdiction. Inasmuch as it appears that plaintiff may be able to allege the existence of diversity of citizenship, however, plaintiff may file, on or before November 8, 2007, an amended complaint properly alleging subject matter jurisdiction. Absent such a filing, the action will be dismissed.

        SO ORDERED.

Dated:     October 31, 2007

                                                    Lewis A. Kaplan
                                          United States District Judge