UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07
```

HAIRPIECES KOREA CO. LTD.,

                    Plaintiff,

          -against-

07 Civ. 9445 (LAK)

HAIRPIECES INCORPORATED,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This is an action for breach of contract. The complaint, however, inexplicably alleges that the Court has jurisdiction under the antitrust laws and the federal question statute. There is nothing in the complaint to support any such allegations.

        The Court pointed this out by order dated October 31, 2007 and warned that the action would be dismissed unless plaintiff, on or before November 8, 2007, filed an amended complaint properly alleging subject matter jurisdiction. No such amended complaint has been filed.

        Accordingly, the action is dismissed for lack of subject matter jurisdiction.

        SO ORDERED.

Dated:       November 16, 2007

                              Lewis A. Kaplan
                         United States District Judge